UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOSEPH SEACH,

      Plaintiff,

vs.                                        CASE NO. 10-11741
                                        HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Plaintiff filed the instant action seeking Social Security Disability Insurance Benefits and Supplemental Security Income. This matter is currently before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation dated April 6, 2011, wherein the Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted. Neither party filed objections to the Report and Recommendation.

      After a thorough review of the court file, the parties' respective motions and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

      Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (Docket #9) is GRANTED, and Plaintiff's Motion for Summary Judgment (Docket #8) is DENIED. Judgment shall be entered accordingly.

IT IS SO ORDERED.

                        s/Lawrence P. Zatkoff
                        LAWRENCE P. ZATKOFF
                        UNITED STATES DISTRICT JUDGE

Dated: May 11, 2011

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 11, 2011.

                        s/Marie E. Verlinde
                        Case Manager
                        (810) 984-3290